AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MISTY WALLACE-BARNES,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV424-0087

FRANK BISIGNANO, Commissioner of Social Security,

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 22, 2025, the Court affirms the decision of the Commissioner. This case stands closed.

9/22/2025
Date

John E. Triplett
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03