IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MISTY WALLACE-BARNES, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | Case No. CV 424-087 |
| | ) | Appeal No. 25-14106-E |
| v. | ) | |
| | ) | |
| FRANK BISIGNANO, Commissioner of Social Security | ) | |
| | ) | |
| Defendant - Appellee. | ) | |

O R D E R

The judgment in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this 2nd day of November 2026.

HONORABLE J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA